## ROBERT MERRIAM *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Merriam's petition for certification for appeal from the Appellate Court, 111 Conn. App. 830 (AC 28940), is denied.

*David J. Reich,* special public defender, in support of the petition.

*Melissa L. Streeto,* assistant state's attorney, in opposition.

Decided February 11, 2009

## CHARLES D. GIANETTI *v.* ANTHEM BLUE CROSS AND BLUE SHIELD OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 111 Conn. App. 68 (AC 29132), is denied.

KATZ, J., did not participate in the consideration of or decision on this petition.

*Charles D. Gianetti,* pro se, in support of the petition.

*Michael G. Durham* and *Matthew H. Geelan,* in opposition.

Decided February 11, 2009